No. 01–7258. In re Millhouse. Petition for writ of mandamus and/or prohibition denied.

No. 99–1403. Cement Masons Health and Welfare Trust Fund for Northern California et al. *v.* Stone. C. A. 9th Cir. Certiorari denied.

No. 00–10249. Spotz *v.* Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 00–10431. Joseph *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 00–10684. Irons *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 01–443. Bank of America, N. A. *v.* Federal Deposit Insurance Corporation. C. A. 11th Cir. Certiorari denied.

No. 01–456. Holland America Line-Westours, Inc. *v.* National Parks and Conservation Assn. et al. C. A. 9th Cir. Certiorari denied.

No. 01–681. Del Commercial Properties, Inc. *v.* Commissioner of Internal Revenue. C. A. D. C. Cir. Certiorari denied.

No. 01–688. DaimlerChrysler Corp. *v.* Gibson et al. C. A. 9th Cir. Certiorari denied.

No. 01–696. Kearney et al. *v.* Does 1–13 et al. C. A. 11th Cir. Certiorari denied.

No. 01–778. Thacker *v.* St. Louis Southwestern Railway Co., dba Southern Pacific Transportation Co. C. A. 8th Cir. Certiorari denied.

No. 01–5219. Happel *v.* United States. C. A. 7th Cir. Certiorari denied.